# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 207 WAL 2016

           Respondent        :

                             :    Petition for Allowance of Appeal from
                             :    the Order of the Superior Court

           v.                 :

VERNON E. MCGINNIS, JR.,        :

           Petitioner          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 13th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.